IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SARA POTTER, | ) |
| Plaintiff, | ) |
| v. | ) C.A. NO. 3:05-cv-533 |
| ANN TAYLOR RETAIL, INC., | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court upon the petition of Defendant to allow Ashley B. Abel to appear *Pro Hac Vice*, filed March 17, 2006.

Upon careful review and consideration, this Court will grant Defendant's application.

**IT IS SO ORDERED.**

SIGNED THIS 20th DAY OF March, 2006.

_____
Carl Horn, III
United States Magistrate Judge