IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| SARA POTTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. NO. 3:05-cv-533 |
| | ) | |
| ANN TAYLOR RETAIL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon the petition of Defendant to allow D. Chris Lauderdale to appear *Pro Hac Vice*, filed March 17, 2006.

Upon careful review and consideration, this Court will grant Defendant's application.

**IT IS SO ORDERED.**

**SIGNED THIS** 20th **DAY OF** *March* , 2006.

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge