# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:05CV521

| | |
|---|---|
| SARA POTTER,<br>　　　　　Plaintiff,<br>v.<br><br>ANN TAYLOR RETAIL, INC.,<br>　　　　　Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on its own motion. Having reviewed the docket in this case, it appears to the Court that the parties have failed to file a Certification and Report of Initial Attorneys' Conference as required by Local Rule 16.1(A).

**IT IS THEREFORE ORDERED** that the parties file a Certificate of Initial Attorney's Conference within twenty (20) days from the date of this order.

IT IS SO ORDERED.

Signed: March 19, 2007

Graham C. Mullen
United States District Judge